IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                    Plaintiff,    )<br>vs.                               )<br>                                  )<br>CHARLES G. HAGLER,                )<br>                    Defendant.    )<br>and                               )<br>                                  )<br>ARAMARK UNIFORM & CAREER          )<br>APPAREL, INC.,                    )<br>                    Garnishee.    ) | CASE NO. 1:98CV124<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Charles G. Hagler is DISMISSED.

Signed: August 3, 2006

Lacy H. Thornburg
United States District Judge